# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Glenn Richard Reed | **Case No :** 10−41270 − A − 7 | |
| | | **Date :** 9/7/10 | |
| | | **Time :** 09:00 | |
| **Matter :** | [19] − Motion/Application for Relief from Stay [SW−1] Filed by Creditor Wells Fargo Dealer Services, Inc. (Fee Paid $150) (stps) | | UNOPPOSED |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :
Granted
See final ruling below.

ORDER TO BE PREPARED BY :        Movant(s)

Final Ruling: The motion will be granted.

The movant, Wells Fargo Dealer Services, seeks relief from the automatic stay with respect to a 2008 Dodge RAM. The movant has produced evidence that the vehicle has a value of $14,200 and its secured claim is approximately $17,167.

The court concludes that there is no equity in the vehicle and no evidence exists that it is necessary to a reorganization or that the trustee can administer it for the benefit of the creditors.

Accordingly, the motion will be granted pursuant to 11 U.S.C. § 362(d)(2) to permit the movant to repossess its collateral, dispose of it pursuant to applicable law and to use the proceeds from its disposition to satisfy its claim. No other relief is awarded.

Because the movant has not established that the value of its collateral exceeds the amount of its secured claim, the court awards no fees and costs in connection with the movant's secured claim as a result of the filing and prosecution of this motion. 11 U.S.C. § 506(b).

The 14−day stay of Fed. R. Bankr. P. 4001(a)(3) is ordered waived due to the fact that the movant's vehicle is being used by the debtor without compensation and is depreciating in value.